THE UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

RONALD JORDAN,  )
ROBERT MACKAY,  )
and  )
The MBTA Police Patrolman's  )
Union;  )
*Plaintiffs*,  )
  )           MOTION TO APPROVE AN
  )           APPEARANCE AD HAC VICE
v.  )
  )
JOSEPH C. CARTER,  )           **04 - 10927 RGS**
Individually and as Chief MBTA  )
Police,  )
and  )
THE  )
MBTA POLICE DEPARTMENT  )           FILING FEE PAID:
<u>*Defendants*.</u>  )           RECEIPT #
                                    AMOUNT $
                                    BY DPTY CLK
                                    DATE

I, William E. Campbell, of the law firm Campbell Bonenfant & Associates, LLP, 8 Winchester Place, Suite 204, Winchester, Massachusetts 01890, hereby requests this Honorable Court to approve an appearance ad hac vice before this Court of Michael E. Bonenfant in accordance with Local Rule 83.5.3 (b). In support thereof I aver that:

1. I am a member in good standing of The United States District Court For The District Of Massachusetts;

2. Attached [see Exhibit A] is an Affidavit signed by Michael E. Bonenfant in accordance with the Local Rule 83.5.3 (b).

3. Attached [see Exhibit B] is a Certificate of Good Standing for Michael E. Bonenfant from the Massachusetts Supreme Judicial Court.

WHEREFORE, I respectfully request this Honorable Court to allow the Motion To Appear Pro Hac Vice for Michael E. Bonenfant.

Respectfully submitted this 10th day of May 2004.

*[signature]*

William E. Campbell
BBO # 646307
Campbell Bonenfant & Associates LLP
8 Winchester Place, Suite 204
Winchester, MA 01890-2846
781-729-4489
781-729-4668 [fax]



THE UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

| | |
|---|---|
| RONALD JORDAN, ROBERT MACKAY, and The MBTA Police Patrolman's Union; *Plaintiffs*, <br><br> v. <br><br> JOSEPH C. CARTER, Individually and as Chief of the MBTA Police, and THE MBTA POLICE DEPARTMENT *Defendants.* | ) ) ) ) ) ) ) ) **AFFIDAVIT PURSUANT TO LOCAL RULE 83.5.3** ) ) ) ) ) ) ) ) ) ) |

I, Michael E. Bonenfant, on oath depose and state as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts as evidenced by the Certificate of Good Standing attached as Exhibit B;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction in which I am a member;

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this  10  day of  May , 2004.

Michael E. Bonenfant
BBO # 645892
Campbell Bonenfant & Associates LLP
8 Winchester Place, Suite 204
Winchester, MA 01890-2846
781-729-4489
781-729-4668 [fax]



# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the thirteenth day of June A.D. 2000, said Court being the highest Court of Record in said Commonwealth:

## Michael E. Bonenfant

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this tenth day of May in the year of our Lord two thousand and four.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116