THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 21 P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RONALD JORDAN, <br> ROBERT McKAY, <br> and <br> THE MBTA POLICE <br> PATROLMAN'S UNION; <br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH C. CARTER, <br> Individually and as Chief of the <br> MBTA Police Department, <br> and <br> THE <br> MBTA POLICE DEPARTMENT <br> *Defendants.* | Civil Action No. 04-10927 RGS |

Request to Clerk to Enter Default

Defendants, Joseph C. Carter, individually and as Chief of the MBTA Police Department and the MBTA Police Department, having failed to answer the above-entitled action, and the time for answering having expired, you are requested to enter Defendants' default pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

*Michael Bonenfant* cbf
Michael E. Bonenfant
Campbell Bonenfant, LLP
8 Winchester Place, Ste. 204
Winchester, MA 01890
781-729-4489
BBO# 645892

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 21  P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| RONALD JORDAN, ) <br> ROBERT McKAY, ) <br> and ) <br> THE MBTA POLICE ) <br> PATROLMAN'S UNION; ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> JOSEPH C. CARTER, ) <br> Individually and as Chief of the ) <br> MBTA Police Department, ) <br> and ) <br> THE ) <br> MBTA POLICE DEPARTMENT ) <br> *Defendants.* ) | Civil Action No. 04-10927 RGS |

I, Michael Bonenfant, being duly sworn, say:

1. I am the attorney for the Plaintiffs in the above action.

2. A copy of the summons and complaint was served on the Defendants on May 12, 2004, and the return of service of Robert Sweeney, Constable, is on file in this action.

3. Defendants have not answered and the time within which Defendants may answer has expired.

Signed under the penalties of perjury.

*Michael Bonenfant* cdf
Michael E. Bonenfant
Campbell Bonenfant & Associates
8 Winchester Place, Suite 204
Winchester Massachusetts 01890
781-729-4489
BBO# 645892

## CERTIFICATE OF SERVICE

**The undersigned hereby certifies** that a true copy of the within Plaintiff's Request to Clerk to Enter Default and the Affidavit was this day served upon the Defendants, by mailing same, first class postage prepaid, Daniel Grabauskas 10 Park Plaza Suite 3170 Boston, MA and Joseph C. Carter 240 Southampton Street Boston, MA.

SIGNED under the pains and penalties of perjury.

Dated: June 17, 2004

*Michael Bonenfant* ccf
Michael E. Bonenfant
Campbell Bonenfant LLP
8 Winchester Place, Suite 204
Winchester, MA 01890
BBO# 645892