UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT JORDAN, ROBERT McKAY, and THE MBTA POLICE PATROLMAN'S UNION,<br><br>       Plaintiffs,<br><br>vs.<br><br>JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department, and THE MBTA POLICE DEPARTMENT,<br><br>       Defendants. | Civil Action No. 04-10927-RGS |

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), defendants Chief Joseph C. Carter and the MBTA Police Department ("defendants") hereby respond to the best of their knowledge at this time, to each of the disclosure requirements set forth below.

## GENERAL PROCEDURE

1. The information provided in these Disclosures relates to the claims and defenses as set forth in the Complaint and Answer in the above-captioned action.

2. Defendants reserve the right to supplement and revise the responses herein as further responsive information is learned through discovery.

3. Defendants do not waive, and expressly reserve, their right to object to the production of any documents or other information identified hereinto the extent permitted by law.

**SPECIFIC DISCLOSURES**

A.  Individuals with Discoverable Information

Based upon the information available at the present time, defendants state that the following are the principal individuals with discoverable information responsive to the requirements of Fed. R. Civ. P. 26(a)(1)(A):

>   Ronald Jordan
>   Robert MacKay
>   Joseph C. Carter
>   Stephen Douglas
>   William Fleming
>   Douglas Hennessey
>   Nancy O'Loughlin
>   Dolores Ford-Murphy
>   Thomas McCarthy
>   Caroline Sawyer

B.  Categories of Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(B), defendants hereby provide a description by category and location of documents in their possession, custody, or control that may be used to support their claims and defenses. All documents are located at the offices of defendants or of defendants' counsel, and most or all of the documents are also in the possession of the plaintiffs or their counsel:

1.  Tapes of recorded telephone calls to which one or both of the plaintiffs were parties, and transcripts of those recordings

2.  Transcripts of testimony given at the joint hearing held on May 20, 2004 at the MBTA Police Department concerning the plaintiffs and at which they testified

3.  Exhibits submitted to the hearing officer at the May 20, 2004 hearing

4.  Exhibits submitted to the hearing officer at the May 11, 2004 hearing concerning Lieutenant William C. Fleming

    5.    Decisions of the hearing officer in the administrative hearings concerning plaintiffs, Lieutenant Fleming, and Officer Douglas Hennessey

    6.    To the extent not included above, documents identified in the disclosure statements filed by other parties

C.    <u>Computation of Damages</u>

Defendants do not seek damages.

D.    <u>Insurance Agreements</u>

Based upon the information available at the present time, there is no applicable insurance agreement concerning claims against the defendants.

        Respectfully submitted,

        MBTA POLICE DEPARTMENT
        CHIEF JOSEPH C. CARTER

        By their attorneys,


        /s/ Mark W. Batten
        Mark W. Batten
        PROSKAUER ROSE LLP
        One International Place, 14th Floor
        Boston, MA 02110
        (617) 526-9850

Dated: August 6, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either through the electronic filing process or by first-class mail, postage prepaid, this 6th day of August, 2004.

/s/Mark W. Batten
Mark W. Batten

6880/49623-001  BNLIB1/4070v1