UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT JORDAN, ROBERT McKAY, )<br>And THE MBTA POLICE )<br>PATROLMAN'S UNION )<br>           )<br>    Plaintiffs, )<br>           )<br>vs.        )<br>           )<br>JOSEPH C. CARTER, individually and as )<br>Chief of the MBTA Police Department, )<br>And THE MBTA POLICE DEPARTMENT )<br>           )<br>    Defendants. ) | Civil Action No. 04-10927-RGS |

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendants and their undersigned counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Chief Joseph C. Carter

_____
MBTA Police Department, by
Timothy F. Cullen
Special Counsel/Office of the Chief
240 Southampton Street
Boston, MA
(617) 222-1100
BBO# 564194

_____
Mark W. Batten
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA  02110
(617) 526-9850
BBO# 566211

Dated: 8/10/04

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 12th day of August, 2004.

_____
Mark W. Batten

BNLIB1 4069v1