UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RONALD JORDAN

    V.                                  CIVIL ACTION NO. 04-10927-RGS

MBTA POLICE PATROLMAN'S UNION,
ET AL

# NOTICE OF HEARING

**STEARNS, DJ.**                                                                       **DECEMBER 2, 2004**

**A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

<u>**FRIDAY, JANUARY 14, 2005 AT 2:30 P.M.**</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

    **SO ORDERED.**

                                                                 **RICHARD G. STEARNS**
                                                                  **UNITED STATES DISTRICT JUDGE**

                **BY:**

                                                    **/s/ Mary H. Johnson**
                                                     **Deputy Clerk**

***TO BE HEARD: Motion for Judgment on the Pleadings by Joseph C. Carter (#12).**