UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD JORDAN, ROBERT McKAY, and THE MBTA POLICE PATROLMAN'S UNION,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department, and THE MBTA POLICE DEPARTMENT,<br><br>    Defendants. | Civil Action No. 04-10927-RGS |

## DECLARATION OF DEPUTY CHIEF DOLORES FORD-MURPHY

I, Dolores Ford-Murphy, hereby depose and state:

1. I am a Deputy Chief of the Massachusetts Bay Transportation Authority Transit Police Department (the "Department"). I make this declaration on personal knowledge.

2. Attached hereto at Tabs A and B are true and correct copies of two transcripts of telephone conversations recorded from Department telephone lines. These documents were received in evidence as Exhibits 2A and 2B, respectively, at the disciplinary hearing concerning Ronald Jordan and Robert MacKay held on May 20, 2004, at which both Mr. Jordan and Mr. MacKay attended and were represented by counsel.

I declare under penalty of perjury that the foregoing is true and correct.

11/29/04
Date

_Dolores J. Ford-Murphy_