# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

## CA NO. 04-10927-RGS

RONALD JORDAN, ROBERT
MCKAY, and MBTA POLICE
PATROLMAN'S UNION,
     **Plaintiffs,**

v.

JOSEPH C. CARTER, Individually
and as Chief of the MBTA Police
Department, and MBTA POLICE
DEPARTMENT,
     **Defendants.**

## NOTICE OF APPEARANCE

I, Douglas I. Louison, do hereby enter my appearance on behalf of the plaintiffs, Ronald Jordan, Robert McKay and the MBTA Police Patrolman's Union in the above captioned matter.

PLAINTIFFS,
~~By their attorney,~~

Douglas I. Louison   BBO# 545191
MERRICK, LOUISON & COSTELLO, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Douglas I. Louison, hereby certify that on the 17 day of December, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Mark W. Batten, Esquire,** PROSKAUER ROSE, LLP, One International Place, Boston, MA 02110 and **Michael E. Bonenfant, Esquire,** CAMPBELL, BONENFANT & ASSOCIATES, 8 Winchester Place, Suite 204, Winchester, MA 01890.

Douglas I. Louison