UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT JORDAN, ROBERT McKAY, and THE MBTA POLICE PATROLMAN'S UNION,<br><br>        Plaintiffs,<br><br>vs.<br><br>JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department, and THE MBTA POLICE DEPARTMENT,<br><br>        Defendants. | Civil Action No. 04-10927-RGS |

**NOTICE OF INTERLOCUTORY APPEAL**

Defendant Joseph C. Carter ("Chief Carter") hereby notices his appeal to the United States Court of Appeals for the First Circuit from the January 14, 2005 decision and Order of the Court, which granted in part and denied in part defendants' motion for judgment on the pleadings, to the extent that such Order (a) denied judgment for Chief Carter on plaintiff's claims against Chief Carter in his individual capacity and (b) declined to hold that Chief Carter is immune from suit for such claims.  See Behrens v. Pelletier, 516 U.S. 299 (1996); Mitchell v. Forsyth, 472 U.S. 511 (1985).

BNLIB1 11318v1

                          Respectfully submitted,

                          JOSEPH C. CARTER

                          By his attorneys,

                          /s/Mark W. Batten
                          Mark W. Batten, BBO #566211
                          PROSKAUER ROSE LLP
                          One International Place, 14th Floor
                          Boston, MA 02110
                          (617) 526-9850

February 1, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 1st day of February, 2005.

                          /s/ Mark W. Batten
                          Mark W. Batten