## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-1195

USDC Docket Number : 04-cv-10927

Robert Jordan, et al

v.

Joseph C. Carter, et al

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered  filing fee paid receipt  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 23, 2005.

Tony Anastas, Clerk of Court

By:

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/23/05.

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]