# United States Court of Appeals
## For the First Circuit

*[handwritten: 04-10927  
NA - Boston  
R. Stearns]*

No. 05-1195

**MANDATE**

RONALD JORDAN, ROBERT MACKAY AND
THE MBTA POLICE PATROLMAN'S UNION,

Plaintiffs, Appellees,

v.

JOSEPH C. CARTER,

Defendant, Appellant.

---

**JUDGMENT**

Entered: November 4, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Joseph C. Carter's motion to dismiss the individual claims on the defense of qualified immunity is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*/s/ Jennifer Calardo*
Deputy Clerk

Date: 11-28-05

By the Court:

_____
Richard Cushing Donovan, Clerk

[cc: Mr. Louison, Mr. Campbell, Mr. Bonenfant & Mr. Batten.]