UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RONALD JORDAN, ET AL

       V.                                   CIVIL ACTION NO. 04-10927-RGS

MBTA POLICE DEPT., ET AL

<u>ORDER SETTING CASE FOR TRIAL</u>

STEARNS, DJ.

      THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>MONDAY, OCTOBER 30, 2006</u> AT 9:00 A.M. IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

      ON OR BEFORE OCTOBER 24, 2006, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

      1. Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
      2. A list of prospective witnesses, including names, city or town of residence, or business institutional address;
      3. An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;
      4. A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;
      5. A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;
      6. Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
      7. A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;
      8. An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
      9. In cases to be tried by a jury:
            A. REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
            B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
            C. ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
            D. A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING

      THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES
      TO BE READ TO THE VENIRE DURING EMPANELMENT.
      10. All trial exhibits <u>must</u> be reclaimed by the end of the
      first business day following the day of the verdict.  This
      policy is <u>strictly enforced by the Court</u> as there is no space
      at the Courthouse to store exhibits after a trial has ended.
      Exhibits not reclaimed by counsel will be discarded.

COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS
ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT.
TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u>
BE TOLERATED.

  SO ORDERED.

            RICHARD G. STEARNS
            UNITED STATES DISTRICT JUDGE

      BY:

        /s/ Mary  H. Johnson
         Deputy Clerk

DATED AT BOSTON:  7-12-06


NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED
TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-
9162.