UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT JORDAN, ROBERT McKAY, and THE MBTA POLICE PATROLMAN'S UNION,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department, and THE MBTA POLICE DEPARTMENT,<br><br>Defendants. | Civil Action No. 04-10927-RGS |

## NOTICE OF APPEARANCE

Eben A. Krim hereby notices his appearance as counsel for the Defendants, Joseph C. Carter and The MBTA Police Department, in this matter. All pleadings, correspondence, and notices should be directed to Mr. Krim at the address below.

Respectfully submitted,

JOSEPH C. CARTER and
THE MBTA POLICE DEPARTMENT

By their attorneys,

/s/ Eben A. Krim
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel: (617) 526-9850
Fax: (617) 526-9899

6880/49623-001 Current/8865995v1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 20th day of October, 2006.

/s/ Eben A. Krim
Eben A. Krim

6880/49623-001 Current/8865995v1