UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-10927-RGS

RONALD JORDAN, ROBERT
MCKAY, and MBTA POLICE
PATROLMAN'S UNION,
    Plaintiffs,

v.

JOSEPH C. CARTER, Individually
and as Chief of the MBTA Police
Department, and MBTA POLICE
DEPARTMENT,
    Defendants.

## JOINT MOTION TO EXTEND DISCOVERY AND SUMMARY JUDGMENT MOTION DEADLINES

The parties to the above action move to extend the time in which to complete the final two depositions up to and including November 2, 2006 and the filing of motions for Summary Judgment to December 15, 2006 with any oppositions due by January 19, 2007.

As grounds therefor, the parties state that due to trial schedules of counsel for both parties and unavailability of the deponents, the parties were unable to conduct the depositions when originally scheduled.

Wherefore, the parties respectfully request that the above extension be allowed.

| | |
|---|---|
| The Plaintiffs, | The defendant, Joseph Carter, and the MBTA Police Department |
| By their Attorneys, | By their attorneys, |
| /s/ James W. Simpson, Jr. | /s/ Mark W. Batten |
| Merrick, Louison & Costello, LLP. | Mark W. Batter (BBO# 566211) |
| 67 Batterymarch Street | Eben A. Krim (BBO# 652506) |
| Boston, MA 02110 | Proskauer, Rose, LLP. |
| BBO# 634344 | One International Place, 22nd Floor |
| (617) 439-0305 | Boston, MA 02110. |
| | (617) 526-9850 |