UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD JORDAN, ROBERT McKAY, and THE MBTA POLICE PATROLMAN'S UNION,<br><br>          Plaintiffs,<br><br>vs.<br><br>JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department and THE MBTA POLICE DEPARTMENT,<br><br>          Defendants. | Civil Action No. 04-10927-RGS |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, defendants respectfully move for summary judgment on all remaining claims. There is no genuine issue of material fact and defendants are entitled to judgment as a matter of law. the grounds for this motion are more fully set forth in the accompanying memorandum of law and a statement of undisputed facts in accordance with Local Rule 56.1.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), defendants respectfully request that the Court permit argument on this motion.

**CERTIFICATE OF CONSULTATION**

The undersigned hereby certifies, in accordance with Local Rule 7.1(A)(2), that he spoke to counsel for the plaintiffs on December 15, 2006, but that the parties were unable to eliminate or narrow the issues that are the subject of this motion.

/- Current/9156418v1

        Respectfully submitted,

        MBTA POLICE DEPARTMENT
        CHIEF JOSEPH C. CARTER

        By their attorneys,

        /s/ Mark W. Batten
        Mark W. Batten
        PROSKAUER ROSE LLP
        One International Place
        Boston, MA 02110
        (617) 526-9850

Dated: December 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either through the electronic filing process or by first-class mail, postage prepaid, this 15th day of December, 2006.

        /s/Mark W. Batten
        Mark W. Batten