UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD JORDAN, ROBERT McKAY, and THE MBTA POLICE PATROLMAN'S UNION,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department and THE MBTA POLICE DEPARTMENT,<br><br>　　　　　　　Defendants. | Civil Action No. 04-10927-RGS |

**DEFENDANTS' ASSENTED-TO MOTION TO EXCEED PAGE LIMIT**

　　　　Defendants respectfully request leave to submit a brief in support of their motion for summary judgment of 29 pages. In support of this request, defendants state:

　　　　1.　　This case concerns First Amendment claims asserted by the plaintiffs challenging disciplinary action taken against them by their employer, the MBTA Police Department. The disciplinary charges that underlie the case involve some forty or more conversations on recorded telephone lines, which require discussion. The governing law imposes a four-part test for such claims, and the case law relevant to the test, as well as the separate defense of qualified immunity as to the claims against the individual defendant, is voluminous as well. The additional pages are necessary properly to present the case for the Court's consideration.

/- Current/9156451v1

2.  Plaintiffs' counsel has authorized defendants to state that the plaintiffs assent to this request.

WHEREFORE, defendants respectfully request that this motion be allowed, and that they be permitted to file a summary judgment brief of 29 pages.

>Respectfully submitted,
>
>MBTA POLICE DEPARTMENT
>CHIEF JOSEPH C. CARTER
>
>By their attorneys,
>
>/s/ Mark W. Batten_____
>Mark W. Batten
>PROSKAUER ROSE LLP
>One International Place
>Boston, MA 02110
>(617) 526-9850

Dated: December 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either through the electronic filing process or by first-class mail, postage prepaid, this 15th day of December, 2006.

>/s/Mark W. Batten_____
>Mark W. Batten

/- Current/9156451v1