UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD JORDAN, ROBERT McKAY, and THE MBTA POLICE PATROLMAN'S UNION,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department and THE MBTA POLICE DEPARTMENT,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10927-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the attachments (Tabs A-L) to Defendants' Statement of Undisputed Facts, submitted in connection with defendants' motion for summary judgment, have been manually filed with the Court and are available in paper form only, because of the volume of these documents. The Statement of Undisputed Facts itself will be filed electronically. Copies of all documents have been served on opposing counsel, including a complete set of the Statement of Undisputed Facts with attachments by mail.

The original documents are maintained in the case file in the Clerk's Office.

/- Current/9156231v1

Respectfully submitted,

MBTA POLICE DEPARTMENT
CHIEF JOSEPH C. CARTER

By their attorneys,


/s/ Mark W. Batten
Mark W. Batten
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9850

Dated: December 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, either through the electronic filing process or by first-class mail, postage prepaid, this 15th day of December, 2006.

/s/Mark W. Batten
Mark W. Batten