UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-10927-RGS

**RONALD JORDAN and ROBERT MACKAY,**
    **Plaintiffs,**

v.

**JOSEPH C. CARTER, Individually and as Chief of the MBTA Police Department, and MBTA POLICE DEPARTMENT,**

## NOTICE OF APPEARANCE

I, James W. Simpson, Jr. enter my appearance on behalf of the plaintiffs, Ronald Jordan and Robert MacKay in the above captioned matter.

    The Plaintiffs, Ronald Jordan and Robert Mackay,
    By their attorneys,

    /S/ James W. Simpson, Jr,.
    James W. Simpson, Jr.,
    Merrick, Louison & Costello, LLP.
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

Dated: February 2, 2007

### Certificate of Service

I, James W. Simpson, Jr., do certify that on the 2nd Day of February 2007, I served the foregoing on counsel for the defendants.

    /S/ James W. Simpson, Jr.,
    PLAINTIFFS, by their attorney