## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

RONALD JORDAN and
ROBERT MAC KAY,
          Plaintiffs

V.                                            CIVIL ACTION NO. 04-10927-RGS

JOSEPH C. CARTER, individually and in his
capacity as Chief of the MBTA Police Department, and
THE MBTA POLICE DEPARTMENT,
          Defendants

# J U D G M E N T

STEARNS, DJ.                                            JULY 10, 2007

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM  AND ORDER

ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ENTERED ON

JULY 6, 2007,

IT IS HEREBY ORDERED:    JUDGMENT IS ENTERED IN FAVOR OF

THE DEFENDANTS, JOSEPH C. CARTER and THE MBTA POLICE DEPARTMENT.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
_____
          Deputy Clerk