UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-10927-RGS

**RONALD JORDAN and ROBERT MACKAY,**
    **Plaintiffs,**

v.

**JOSEPH C. CARTER, Individually and as Chief of the MBTA Police Department, and MBTA POLICE DEPARTMENT,**

## NOTICE OF APPEARANCE

I, Stephen C. Pfaff enter my appearance on behalf of the plaintiffs, Ronald Jordan and Robert MacKay in the above captioned matter.

    The Plaintiffs, Ronald Jordan and Robert Mackay,
    By their attorneys,

    /S/ *Stephen C. Pfaff*
    Stephen C. Pfaff, BBO#553057
    Merrick, Louison & Costello, LLP.
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

Dated: August 3, 2007

**Certificate of Service**

I hereby certify that on the 3rd Day of August 2007, I caused the foregoing to be served electronically on all counsel of record.

    /S/ *Stephen C. Pfaff*
    Stephen C. Pfaff