UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-10927-RGS

**RONALD JORDAN, ROBERT MCKAY, and MBTA POLICE PATROLMAN'S UNION,**
    Plaintiffs,

v.

**JOSEPH C. CARTER, Individually and as Chief of the MBTA Police Department, and MBTA POLICE DEPARTMENT,**
    Defendants.

## JOINT NOTICE OF APPEAL

Notice is hereby given that RONALD JORDAN, ROBERT MCKAY, and the MBTA POLICE PATROLMAN'S UNION, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in this action on the 10th day of July, 2007.

                                                           The Plaintiffs,
                                                           By their Attorneys,

                                                           /s/ *Stephen C. Pfaff*
                                                           Merrick, Louison & Costello, LLP.
                                                           67 Batterymarch Street
                                                           Boston, MA 02110
                                                           BBO# 661460
                                                           (617) 439-0305

Dated: <u>August 3, 2007</u>

## Certificate of Service

I hereby certify that on the 3rd Day of August 2007, I caused the foregoing to be served electronically on all counsel of record.

                                                            /S/ *Stephen C. Pfaff*
                                                           Stephen C. Pfaff