UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-10927-RGS

**RONALD JORDAN and ROBERT MACKAY,**
    **Plaintiffs,**

v.

**JOSEPH C. CARTER, Individually and as Chief of the MBTA Police Department, and MBTA POLICE DEPARTMENT,**

## NOTICE OF APPEARANCE

I, Valerie A. McCormack enter my appearance on behalf of the plaintiffs, Ronald Jordan and Robert MacKay in the above captioned matter. Please note that my appearance is in addition to Attorney Stephen C. Pfaff.

    The Plaintiffs, Ronald Jordan and Robert Mackay,
    By their attorneys,

    /S/ Valerie A. McCormack
    Valerie A. McCormack, BBO # 661460
    Merrick, Louison & Costello, LLP.
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

Dated: August 6, 2007

### Certificate of Service

I hereby certify that on the 6th Day of August 2007, I caused the foregoing to be served electronically on all counsel of record.

    /S/ Valerie A. McCormack
    Valerie A. McCormack