AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

RONALD JORDAN, ROBERT McKAY, ET AL.

V.

JOSEPH C. CARTER, ET AL.

**BILL OF COSTS**

Case Number: 04-10927-RGS

Judgment having been entered in the above entitled action on __7/6/2007__ against __PLAINTIFFS__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................... | $ |
| Fees for service of summons and subpoena ........................................... | 90.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,160.15 |
| Fees and disbursements for printing .................................................. | |
| Fees for witnesses (itemize on page two) ............................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 1,329.80 |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................ | |
| TOTAL $ | 3,579.95 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☒   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _[signature]_

Name of Attorney:  Mark W. Batten

For: Joseph C. Carter and The MBTA Police Department    Date: 8/10/2007
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Clerk of Court    By: _____
Deputy Clerk    Date

≈AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES** (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

## ATTACHMENT A

| Deposition Costs Pursuant to 28 U.S.C. § 1924 |||
| --- | --- | --- |
| **Deponent/Deposition Date** | **Description** | **Amount** |
| Robert MacKay<br>03/02/06 | Original Transcript<br>1 Mini w/Index<br>1 ASCII<br>Delivery Fees | $660.00<br>\*\*Invoice attached |
| Ronald C. Jordan<br>03/06/06 | Original Transcript<br>1 Mini w/Index<br>1 ASCII<br>Delivery Fees | $507.00<br>\*\*Invoice attached<br><br>\*Combined payment of $1,167.00 – Check attached |
| Joseph C. Carter<br>04/05/06<br><br>Mark Gillespie<br>04/05/06 | Copies of Transcripts<br>Condensed Transcripts<br>Process/Delivery | $489.00<br>\*\*Invoice and check attached |
| Delores Ford-Murphy<br>11/17/06<br><br>Thomas McCarthy<br>11/17/06 | Copies of Transcripts<br>Condensed Transcripts<br>Process/Delivery | $504.15<br>\*\*Invoice and check attached |

## ATTACHMENT A

| Service of Subpoena Costs Pursuant to 8, U.S. C. § 1924 <br> Costs of Copies of documents necessarily filed and served ||
|---|---|
| **Description** | **Amount** |
| Beacon Hill Research – 10/27/06 Subpoena Braintree Police Department | $90.00 <br> **Invoice attached |

## ATTACHMENT A

| Document Preparation Costs Pursuant to 8, U.S. C. § 1924 |  |
|---|---|
| Costs of Copies of documents necessarily filed and served |  |
| **Description** | **Amount** |
| 6,649 Pages @ $0.20 per page | $1,329.80 |

**EXHIBIT A**

5508/49623-001 Current/9935642v1

MEDEIROS ATLANTIC GROUP, INC.

1217 CAPE CORAL PKWY #159
CAPE CORAL, FL 33904
EIN #26-0057142

164024/ᴷᵍᵗ

# Invoice

| Date | Invoice # |
|---|---|
| 3/21/2006 | 8178 |

**Bill To**

PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110
617.526.9600
MARK BATTEN, ESQ.

| | DUE ON REC... |
|---|---|
| | 3/21/2006 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 120 | 3/2/06 Deposition of Robert MacKay in Re: Ronald Jordan, et al. v. Joseph Carter, et al.: Original & 1 | 4.50 | 540.00 |
| 2 | ASCII & Mini w/index | 50.00 | 100.00 |
| 1 | Delivery: email and Fedex | 20.00 | 20.00 |

RECEIVED
06 MAY 19 P 2:00

OK
Nurs - 6880
49C23/061

PAID

RECEIVED
MAY 19 2006

| | **Balance Due** | $660.00 |
|---|---|---|

| Phone # | E-mail |
|---|---|
| 617.590.9767 | DEPO@GOMEDEIROS.COM |

# MEDEIROS ATLANTIC GROUP, INC.

1217 CAPE CORAL PKWAY #159
CAPE CORAL, FL 33904
EIN #26-0057142

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2006 | 8171 |

*120937*

| Bill To |
|---|
| PROSKAUER ROSE LLP<br>ONE INTERNATIONAL PLACE<br>BOSTON, MA 02110<br>617.526.9600<br>MARK BATTEN, ESQ. |

*1646240 MB*

| | DUE ON REC... |
|---|---|
| | 3/14/2006 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 86 | 3/6/06 DEPOSITION OF RONALD C. JORDAN IN RE: DONALRD JORDAN, ET AL. V. JOSEPH C. CARTER, ET AL.: ORIGINAL & 1 | 4.50 | 387.00 |
| 2 | ASCII & MINI W/INDEX | 50.00 | 100.00 |
| 1 | DELIVERY: EMAIL AND FEDEX | 20.00 | 20.00 |

*[handwritten notation: AR MMS-6880 46623/001]*

RECEIVED
06 MAY 19 P 2:00

RECEIVED
MAY 19 2006

PAID

| Balance Due | $507.00 |
|---|---|

| Phone # | E-mail |
|---|---|
| 617.590.9767 | DEPO@GOMEDEIROS.COM |

**PROSKAUER ROSE LLP**  1585 BROADWAY  NEW YORK, NEW YORK 10036  **CHECK NO.:** 241879

| VCHR # | INV. # | DATE | ACCOUNT # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 1640240 | 8171 | 03-14-06 | | TRANSCRIPTS & DEPOSITION | 507.00 |
| 1640241 | 8178 | 03-21-06 | | TRANSCRIPTS & DEPOSITION | 660.00 |

THIS DOCUMENT IS PROTECTED BY ANTI-COUNTERFEITING MEASURES
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

CHECK DATE: 05/31/06
**PROSKAUER ROSE LLP**
1585 Broadway
New York, NY 10036

CITIBANK, N.A.
CITIBANK CENTER
120 EAST 53RD
NEW YORK, NY 10043

CHECK NO. 241879
19/210-260
OPERATING ACCOUNT
CHECK AMOUNT
$1,167.00

VOID VOID VOID VOID VOID

ONE THOUSAND ONE HUNDRED SIXTY SEVEN AND 00/100 DOLLARS

PAY TO THE ORDER OF: MEDEIROS ATLANTIC GROUP, INC.
1217 CAPE CORAL PKWY #159
CAPE CORAL, FL 33904

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW

⑴"241879"⑴ ⑴021000089⑴: 24576135"

*123073*

*1636507MB*

## DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street, Suite 1150
Boston, MA 02109
Tel: (617) 742-6900   Fax: (617) 973-9500
www.dunnandgoudreau.com

Rose
Proskauer Rose, LLP
One International Place
Boston, MA 02110

Mark W. Batten, Esq.

Jordan, et al. -v- Carter, et al.

INVOICE NO.:    977809
INVOICE DATE:   4/13/2006
REPORTER:
Bernadette D'Alelio

ID#   04-3176149

| Date | Description | Amount |
|---|---|---|
| | DATE TAKEN: 4/5/06 | |
| | DEPOSITION OF: Joseph C. Carter | |
| | Copy of Transcript: (93 Pages) | 251.10 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | DEPOSITION OF: Mark Gillespie | |
| | Copy of Transcript: (57 Pages) | 153.90 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | PROCESSING FEE | 6.00 |
| | COURIER | 8.00 |
| | Sub Total | 489.00 |
| | Paid | 0.00 |
| | Balance Due | 489.00 |

PAID

Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.

RECEIVED
APR 1 4 2006

**PROSKAUER ROSE LLP**  1585 BROADWAY  NEW YORK, NEW YORK 10036  **CHECK NO.:** 241141

| VCHR # | INV. # | DATE | ACCOUNT # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 163650Q7 | 977809 | 04-13-06 | | TRANSCRIPTS SERVICE | 489.00 |

THIS DOCUMENT IS PROTECTED BY ANTI-COUNTERFEITING MEASURES
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND-NOT A WHITE BACKGROUND

PROSKAUER ROSE LLP

CHECK AMOUNT $489.00

FOUR HUNDRED EIGHTY-NINE AND 00/100 DOLLARS

PAY TO THE ORDER OF:  DUNN & GOUDREAU COURT REPORTING SERVICES, INC.
ONE STATE STREET, SUITE 1150
BOSTON, MA 02109

THE BACK OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK-HOLD AT AN ANGLE TO VIEW

⑃241141⑃ ⑉021000089⑉: 24576135⑃

One State Street
Boston, MA  02109
617.742.6900
617.973.9500

*123073*

224 Datura Street
W. Palm Beach, FL  33401
561.277.7221
561.961.1049

# Dunn & Goudreau
## COURT REPORTING SERVICE, INC.

Proskauer Rose, LLP
One International Place
Boston, MA 02110

Mark W. Batten, Esq.

Jordan, et al. v. MBTA, et al.

INVOICE NO. :   983000
INVOICE DATE:   12/11/2006
REPORTER:
Barbara Montijo

ID#   04-3176149

| Date | Description | Amount |
|---|---|---|
| | DATE OF SERVICE: November 17, 2006 | |
| | DEPOSITION OF: Delores Ford-Murphy | |
| | COPY OF TRANSCRIPT (81 Pgs.) | 218.70 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | DEPOSITION OF: Thomas McCarthy | |
| | COPY OF TRANSCRIPT (71 Pgs.) | 191.70 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | EXHIBIT REPRODUCTION | 9.75 |
| | PROCESSING FEE | 6.00 |
| | COURIER | 8.00 |
| | Sub Total | 504.15 |
| | Paid | 0.00 |
| | Balance Due | 504.15 |

Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.

*Please remit all payments to our Boston office.*

www.dunnandgoudreau.com
800 482-3039

**PROSKAUER ROSE LLP**  1585 BROADWAY  NEW YORK, NEW YORK 10036  **CHECK NO.:** 249686

| VCHR # | INV. # | DATE | ACCOUNT # | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|---|
| 1680844 | 98300 | 12-11-06 | | DEPOSITION SERVICES | 504.15 |

⑈249686⑈ ⑆021000089⑆ 245761351⑈

Sent to Michael Dixon 11/2/06

# INVOICE

**Beacon Hill Research**
11 Beacon Street
Suite 720
Boston, MA  02108

Invoice Number: 45729
Invoice Date: 10/27/06
Page: 1

Voice: 617-973-4555
Fax: 617-973-4565

**Bill To:**

PROSKAUER ROSE
1 INTERNATIONAL PLACE
BOSTON, MA  02111

MARK BATTEN

Customer ID: 1192

| Client Charge | Payment Terms | Associate | Due Date |
|---|---|---|---|
| JORDAN V CARTER | Net 10 Days | KM | 11/6/06 |

| Description | Amount |
|---|---|
| 10/27/06  SUBPOENA BRAINTREE POLICE DEPARTMENT | 90.00 |

OK
prob-6880
49623/001

RECEIVED
NOV 0 2 2006

| | |
|---|---|
| Subtotal | 90.00 |
| Sales Tax | |
| Total Invoice Amount | 90.00 |
| Payment/Credit Applied | |
| **TOTAL** | **90.00** |

Check/Credit Memo No:

Finance Charges apply to invoices over 60 days

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 101 | 1329.80 | 1329.80 | REPRODUCTION |