## LOUISON, COSTELLO, CONDON & PFAFF, LLP

ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

| | | |
|---|---|---|
| DOUGLAS I. LOUISON | TELEPHONE: (617) 439-0305 | JENA M. CARUSO |
| PATRICK J. COSTELLO | FACSIMILE: (617) 439-0325 | VALERIE A. MCCORMACK |
| DAVID E. CONDON | www.merricklc.com | ROBERT A. STEWART |
| BRADFORD N. LOUISON | | |
| STEPHEN C. PFAFF | | |
| REGINA M. RYAN | | |

December 11, 2007

Clerk- Civil Section
United States District Court
One Courthouse Way
Boston, MA 02110

Re:    Robert Jordan, et al v. Joseph C. Carter, et al
       USDC CA No. 04-10927-RGS
       1st Cir. CA No. 07-2324

Dear Sir/ Madame:

Please be advised the parties in the above-referenced matter have stipulated to dismissal, with prejudice and without costs or attorneys fees, with all further rights of appeal being waived. A copy of the *Stipulation of Dismissal*, filed with the First Circuit Court of Appeals, is enclosed.

Thank you for your attention to this matter.

Kind regards,

Valerie A. McCormack

Enclosure
**VIA ELECTRONIC FILING ONLY**

UNITED STATES APPEALS COURT
FOR THE FIRST CIRCUIT

CA NO. 07-2324

RONALD JORDAN and ROBERT MCKAY
    Plaintiffs - Appellants,

v.

JOSEPH C. CARTER, Individually and as Chief of the MBTA Police Department, and MBTA POLICE DEPARTMENT,
    Defendants - Appellees,

**STIPULATION OF DISMISSAL**

    The parties in the above-captioned action hereby stipulate that this action be dismissed with prejudice, without costs or attorneys fees, and with all rights of appeal being waived.

| | |
|---|---|
| Plaintiffs/Appellants,<br>ROBERT MCKAY and RONALD JORDAN,<br>by their attorneys, | Defendants/Appellees,<br>JOSEPH C. CARTER, and MBTA POLICE DEPARTMENT,<br>By their attorneys, |
| _/s/ Valerie A. McCormack_<br>Valerie A. McCormack (BBO#661460)<br>Stephen C. Pfaff (BBO# 553057)<br>MERRICK, LOUISON & COSTELLO<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305<br>Dated: December 5, 2007 | _/s/ Mark W. Batten_<br>Mark W. Batten, Esquire (BBO#566211)<br>PROSKAUER ROSE, LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br><br>Dated: December 6, 2007 |

6880/49623-001 Current/10421088v1