USDC/MA
Stearns, R.

# United States Court of Appeals
## For the First Circuit

No. 07-2324

RONALD JORDAN; ROBERT MCKAY; THE MBTA POLICE PATROLMAN'S UNION,

Plaintiffs - Appellants,

v.

JOSEPH C. CARTER, individually and as Chief of the MBTA Police Department; THE MBTA POLICE DEPARTMENT,

Defendants - Appellees.

---

**JUDGMENT**
Entered: December 14, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By:
Appeals Attorney


ERIC H. DEININGER

[cc: Mark W. Batten, Esq., Stephen C. Pfaff, Esq., Valerie A. McCormack, Esq., Douglas I. Louison, Esq., William E. Campbell, Esq., Michael E. Bonenfanr, Esq.]