04-10927
USDC/MA
Stearns, R.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2324

RONALD JORDAN; ROBERT MCKAY; THE MBTA POLICE
PATROLMAN'S UNION,

Plaintiffs - Appellants,

v.

JOSEPH C. CARTER, individually and as Chief of
the MBTA Police Department; THE MBTA POLICE
DEPARTMENT,

Defendants - Appellees.

---

**JUDGMENT**
Entered: December 14, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/14/07

By the Court:
Richard Cushing Donovan, Clerk

ERIC H. DEININGER
Appeals Attorney

[cc: Mark W. Batten, Esq., Stephen C. Pfaff, Esq., Valerie A. McCormack, Esq., Douglas I. Louison, Esq., William E. Campbell, Esq., Michael E. Bonenfanr, Esq.]